UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBERT H GROSS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-12 |
| § | |
| JEANINE E DANNATT, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On January 10, 2018, United States Magistrate Judge Jason B. Libby issued a Memorandum and Recommendation to Dismiss Case (M&R), recommending dismissal of this case. D.E. 4. The parties were provided proper notice of, and opportunity to object to, the M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002–13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the Court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the M&R, and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge and **DISMISSES** this action with prejudice. The Court further **DENIES AS MOOT** Plaintiff

Robert H. Gross's motions for a temporary injunction (D.E. 6) and to withdraw his complaint and amended complaint (D.E. 7).

ORDERED this 19th day of March, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE